### Leopold F. LAMONT, Petitioner–Appellant,

v.

### UNITED STATES of America, Respondent–Appellee.

No. 02–7534.

United States Court of Appeals, Fourth Circuit.

Submitted April 24, 2003.

Decided May 1, 2003.

Leopold F. Lamont, Appellant Pro Se. Gretchen C.F. Shappert, Assistant United States Attorney, Charlotte, North Carolina, for Appellee.

Before NIEMEYER, GREGORY, and SHEDD, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

PER CURIAM.

Leopold F. Lamont appeals from the district court's order denying his motion for reconsideration of the denial of his Fed.R.Crim.P. 35(b) motion for a downward departure based on his substantial assistance. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Lamont v. United States,* No. CR–96–101–V (W.D.N.C. filed Sept. 25, 2002; entered Sept. 26, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*